UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IN RE:<br><br>The District at McAllen, L.P.<br>         ALLEGED DEBTOR | Bankruptcy Case No. 14-70661<br><br>Chapter 11 |

## SUMMONS IN INVOLUNTARY CASE

**To: The District at McAllen, L.P. by and through its Registered Agent Carols Holt, 428 Redbud Avenue, McAllen, Texas 78504:**

A petition under title 11, United States Code was filed against the above named Debtor on <u>December 2, 2014,</u> in this bankruptcy court, requesting an order for relief under Chapter <u>11</u> of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 20 days after service of this summons. A copy of the petition is attached.

> **Address of the Clerk:**
> Bankruptcy Clerk
> United States Bankruptcy Court
> Bentsen Tower
> 1701 W. Hwy. 83, Suite 1011
> McAllen, Texas 78501

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

> **Name and Address of Petitioner's Attorney:**
> Nathaniel Peter Holzer
> Jordan, Hyden, Womble, Culbreth & Holzer, P.C.
> 500 N. Shoreline Blvd., Suite 900
> Corpus Christi, Texas 78401
> 361-884-5678

If you make a motion, your time to answer is governed by Bankruptcy Rule 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

_____
Clerk of the Bankruptcy Court

_____     By:_____
                    Date                                              Deputy Clerk

**CERTIFICATE OF SERVICE**

  I, Nathaniel Peter Holzer, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this Summons and a copy of the petition was made by:

__X__ Mail Service: Certified First Class United States Mail, return receipt requested and U.S. First Class Mail postage fully pre-paid, addressed to:

  **The District at McAllen, L.P. by and through its Registered Agent Carols Holt, 428 Redbud Avenue, McAllen, Texas 78504**

____ Personal Service: By leaving the process with Defendant or with an officer or agent of Defendant at:

____ Residence Service: By leaving the process with the following adult at:

____ Publication: The Defendant was served as follows: [Describe briefly]

____ State Law: The Defendant was served pursuant to the laws of the State of Texas as follows: [Describe briefly]

  Under penalty of perjury, I declare that the foregoing is true and correct.

_____     _____
    Date                     Signature

      Nathaniel Peter Holzer
      Jordan, Hyden, Womble, Culbreth & Holzer, P.C.
      500 N. Shoreline Blvd., Suite 900
      Corpus Christi, Texas 78401