UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 14-70661 |
| | § | |
| The District at McAllen, L.P. | § | |
|     Alleged Debtor | § | CHAPTER 11 |

ANSWER TO INVOLUNTARY CHAPTER 11 PETITION

The District At McAllen, L.P. (the "Alleged Debtor") hereby answers the involuntary petition (the "Involuntary Petition") giving rise to this involuntary Chapter 11 bankruptcy case (the "Involuntary"), as follows:

    The Alleged Debtor generally denies the allegations set forth and requests a hearing on this matter.

    WHEREFORE, the Debtor respectfully requests that this Court set a hearing on this matter; and grant such other and further relief as the Court deems just and proper.

Dated: 12/23/2014

    Respectfully submitted,

    Marcos D. Oliva, PC
    By: /s/ Marcos D. Oliva
    Marcos D. Oliva
    Texas Bar No. 24056068
    Fed Bar No. 948435
    223 W. Nolana Ave.
    McAllen, TX 78504
    Telephone: 956.502.0825
    Facsimile: 866.868.4224
    marcos@oliva-law.com
    *COUNSEL FOR THE ALLEGED DEBTOR*

CERTIFICATE OF SERVICE

I certify that on 12/23/2014, a true and correct copy of the attached Answer was served via email through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service and via first class U.S. Mail upon the parties listed below.

The District At McAllen LP
3400 N. McColl Road
McAllen, TX  78501
holt.carlos@hotmail.com

Nathaniel Peter Holzer
Jordan Hyden Womble Culbreth & Holzer, PC
500 N. Shoreline Dr., Ste. 900
Corpus Christi, TX  784011
pholzer@jhwclaw.com

US Trustee
606 N Carancahua
Corpus Christi, TX  78401

By: */s/ Marcos D. Oliva*
Marcos D. Oliva